UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENVIRONMENTAL INTEGRITY PROJECT et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY <br><br> and <br><br> GINA McCARTHY, in her official capacity as Administrator, United States Environmental Protection Agency, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) Civil Action No. 1:15-cv-00017-RMC ) ) ) ) ) ) ) ) ) ) ) ) |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Environmental Integrity Project et al. ("Plaintiffs") and Defendants United States Environmental Protection Agency and Gina McCarthy, in her official capacity as Administrator of the United States Environmental Protection Agency ("EPA") hereby stipulate to dismissal of this action as described below, with each party to bear its own fees and costs.

Parties stipulate and agree to the dismissal with prejudice of this action, whose sole claim alleged that EPA failed to issue a final response to Plaintiffs' Petition of October 24, 2012. *See* ECF No. 8, Ex. A. By letter dated October 22, 2015, EPA issued its Formal Response to Plaintiffs' Petition, which "GRANTS in part and DENIES in part the Petition."[1]

---

[1] *See* EPA, Formal Response to October 24, 2012, Petition to Add the Oil and Gas Extraction Industry, Standard Industry Classification Code 13, to the List of Facilities Required to Report

Parties stipulate that this dismissal is without prejudice to Plaintiffs' ability to file a future claim alleging unreasonable delay by EPA in fulfilling its obligations under its Formal Response to the Petition.  EPA expressly reserves any and all defenses it may have to such a claim.

Respectfully submitted this 15th day of December, 2015.

        */s/ Adam Kron*
        ADAM KRON (D.C. Bar No. 992135)
        akron@environmentalintegrity.org
        ERIC V. SCHAEFFER (D.C. Bar No. 427669)
        eschaeffer@environmentalintegrity.org
        Environmental Integrity Project
        1000 Vermont Avenue NW, Suite 1100
        Washington, DC 20005
        (202) 263-4451
        (202) 296-8822 (fax)

        *Attorneys for Plaintiffs*


        JOHN C. CRUDEN
        Assistant Attorney General
        Environment and Natural Resources
        Division

        */s/ Simi Bhat*
        SIMI BHAT

        Environmental Defense Section
        U.S. Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044
        Telephone: (202) 514-0242
        Facsimile: (202) 514-8865
        simi.bhat@usdoj.gov
        Street address:
        601 D Street, N.W., Suite 8000
        Washington, D.C. 20004

        *Attorneys for Defendants*

---

under Section 313 of the Emergency Planning and Community Right-to-Know Act (Oct. 22, 2015), ECF No. 15, Ex. A.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Joint Status Report was served by electronic filing through the Court's CM\ECF system upon all counsel of record this 15th day of December 2015.

                                            */s/ Adam Kron*
                                            Adam Kron